# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CIVIL ACTION NO. <u>9:23-CV-80626</u>

| | |
|---|---|
| CAROLINA TABAI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BLACKSTONE LABS, LLC, | ) |
| | ) |
| Defendant. | ) |

## <u>DFENDANT BLACKSTONE LABS, LLC'S NOTICE OF REMOVAL</u>

Defendant Blackstone Labs, LLC ("Defendant") provides this notice that it has removed the action captioned *Carolina Tabai v. Blackstone Labs, LLC*., previously pending in the Circuit Court of the 17th Judicial Circuit in and for Broward County Florida, Civil Action Number CACE-23-002290 (the "Action"), to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. §§ 1331, 1441, and 1446. The grounds for removal are set forth in detail below.

## <u>Jurisdiction</u>

1. This Court has original jurisdiction over this Action based on federal question because it is a civil matter arising under the laws of the United States, *i.e.*, the Telephone Consumer Protection Act of 1991, 47 U.S.C. §§ 227, *et seq*. 28 U.S.C. § 1331; *Mims v. Arrow Financial Services, LLC*, 565 U.S. 368, 386–87 (2012).

2. Accordingly, this Court has supplemental jurisdiction over Plaintiff's claim arising under Florida's Telephone Solicitation Act, Florida Statute § 501.509. 28 U.S.C. § 1367(a).

### District Assignment

3. Plaintiff filed this case in the Circuit Court of the 17th Judicial Circuit in and for Broward County Florida. Therefore, this case may properly be removed to the United States District Court for the Southern District of Florida. 28 U.S.C. § 1441(a).

### Compliance with Statutory Requirements

4. On February 28, 2023, Plaintiff Carolina Tabai ("Plaintiff") commenced this Action by filing a Class Action Complaint. In her Class Action Complaint, Plaintiff seeks damages and restitution claiming violations of the Telephone Consumer Protection Act of 1991, 47 U.S.C. §§ 227, *et seq*. and Florida's Telephone Solicitation Act, Florida Statute § 501.509 relating to text messages she allegedly received from Defendant.

5. Defendant was served with the Class Action Complaint on March 9, 2023.

6. Removal of the Action is timely because it is within 30 days of when Defendant was served with the Class Action Complaint. *See* 28 U.S.C. § 1446(b)(1).

7. As required by the procedures governing removal of civil actions, true and correct copies of the Summons, Complaint, Civil Cover Sheet, and First Set of Discovery Requests are attached to this Notice as EXHIBIT A. 28 U.S.C. § 1446(a). EXHIBIT A contains all process, pleadings, and orders served on Defendant in the Action to date.

8. As required by the procedures governing removal of civil actions, Defendant will promptly provide written notice of removal of the Action to Plaintiff through her counsel of record and will promptly file a copy of this Notice of Removal with the Circuit Court of the 17th Judicial Circuit in and for Broward County Florida, the court in which the Action was originally filed. 28 U.S.C. § 1446(d).

Accordingly, Defendant removes this Action to this Court from the Circuit Court of the 17th Judicial Circuit in and for Broward County Florida

This 7th day of April, 2023.

Respectfully submitted,

By:    */s Zachary L. Catanzaro*
       **Zachary L. Catanzaro, Esq.**
       **Fla. Bar No.: 98902**
       zachary@zlclaw.com
       *Attorney for Blackstone Labs, LLC*

**LAW OFFICE OF ZACHARY L. CATANZARO, P.A.**
7000 West Palmetto Park Road
Suite 210
Boca Raton, Florida 33433

## CERTIFICATE OF SERVICE

I certify that I caused to be served this **NOTICE OF REMOVAL** via U.S. Mail and electronic mail to the following counsel of record:

Jennifer G. Simil, Esq.
The Law Offices of Jibrae S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
jen@jibraellaw.com

This 7th day of April, 2023.

Respectfully submitted,

By: /s Zachary L. Catanzaro
**Zachary L. Catanzaro, Esq.**
**Fla. Bar No.: 98902**
zachary@zlclaw.com
*Attorney for Blackstone Labs, LLC*