**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-60671-CIV-SMITH**

CAROLINA TABAI,

    Plaintiff,

v.

BLACKSTONE LABS, LLC,

    Defendant.

_____/

**NOTICE OF COURT PRACTICE ON NOTICE OF SETTLEMENT**

This matter is before the Court on the Plaintiff's Notice of Settlement [DE 12], indicating that this matter has been settled. Accordingly, it is

**ORDERED** that:

1. The parties shall file their Stipulation of Dismissal in accordance with Federal Rule of Civil Procedure 41 on or before **June 23, 2023.** Failure to do so may result in final dismissal of this matter without further notice.

2. All pending motions not otherwise ruled upon are **DENIED AS MOOT**.

3. This case is **CLOSED**.

DONE and ORDERED in Fort Lauderdale, Florida, this 19th day of May, 2023.

*/s/ Rodney Smith*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record