UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60671-CIV-SMITH

CAROLINA TABAI,

    Plaintiff,

vs.

BLACKSTONE LABS, LLC,

    Defendant.
_____/

## ORDER OF FINAL DISMISSAL

This matter is before the Court *sua sponte*. On May 19, 2023, the Court issued its Notice of Court Practice on Notice of Settlement [DE 13], requiring the parties to file their Stipulation of Dismissal by June 23, 2023. The Notice further stated that failure to timely file the Stipulation of Dismissal "may result in final dismissal of this matter without further notice." A review of the record indicates that the parties have failed to file a Stipulation of Dismissal in accordance with Rule 41(a)(1). Accordingly, it is

**ORDERED that:**

1. This matter is **DISMISSED.**

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

DONE and ORDERED in Fort Lauderdale, Florida, this 5th day of July, 2023.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record